UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | CASE NO. 07-200M |
| v. | ) ) | |
| | ) | DETENTION ORDER |
| HONORATO GONZALEZ-GONZALEZ, a.k.a. Martin Flores-Patino, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Offense charged:

Count I:     Possession of Cocaine with Intent to Distribute, in violation of Title

21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

Date of Detention Hearing: April 19, 2007.

The Court, having conducted an uncontested detention hearing pursuant to Title

18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for

detention hereafter set forth, finds that no condition or combination of conditions which the

defendant can meet will reasonably assure the appearance of the defendant as required and

the safety of any other person and the community. The Government was represented by Jill

Otake. The defendant was represented by Michael Filipovic.

The Government filed a Motion for Detention, to which the defendant stipulated.

DETENTION ORDER
PAGE -1-

1  FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

2  (1)   There is probable cause to believe the defendant committed the drug

3        offense.  The maximum penalty is in excess of ten years. There is

4        therefore a rebuttable presumption against the defendant's release based

5        upon both dangerousness and flight risk, under Title 18 U.S.C. §

6        3142(e).

7  (2)   Nothing in this record satisfactorily rebuts the presumption against

8        release for several reasons:

9        (a)   The defendant presents a risk of nonappearance due to the

10             following: His ties to the Western District of Washington are

11             unknown/unverified; he is a native and citizen of Mexico;  he is

12             associated with fourteen alias names and three dates of birth; and

13             BICE has filed a detainer.

14       (b)   The defendant presents a risk of danger based on the nature of the

15             instant offense, which included the recovery of seven firearms and

16             a bullet proof vest from the defendant's residence; his criminal

17             history; and numerous prior failures to appear resulting in several

18             bench warrants.

19       (c)   The defendant stipulates to detention.

20  (3)   Based upon the foregoing information which is consistent with the

21        recommendation of U.S. Pre-trial Services, it appears that there is no

22        condition or combination of conditions that would reasonably assure

23        future Court appearances and/or the safety of other persons or the

24        community.

25 //

26 //

DETENTION ORDER
PAGE -2-

**It is therefore ORDERED**:

(l)    The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 20th day of April, 2007.

_____
Monica J. Benton
U.S. Magistrate Judge

DETENTION ORDER
PAGE -3-